[No. 30318-0-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. QUINN S. HART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05046-1, Jim Bates, J., entered March 17, 1992. *Reversed* by unpublished opinion per Becker, J., concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 28844-0-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WAYNE BOWER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01447-3, R. Joseph Wesley, J., entered June 24, 1991. Motion to strike *denied*, all issues but one found to be without merit; remaining issue set for next term. No disposition per curiam.

[No. 31514-5-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. TERESA ANN TAYLOR, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 92-1-00022-0, Richard L. Pitt, J., entered September 28, 1992. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse and Becker, JJ.

[No. 29881-0-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN SCOTT DOW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00887-2, Warren Chan, J., entered December 6, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Scholfield and Coleman, JJ.